COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Lawrence Charles Billeaud
Attorney at Law
706 W. University Avenue
Lafayette LA 70506

**REHEARING ACTION: December 5, 2016**

**Docket Number: 16   00826-KW**

**STATE OF LOUISIANA
VERSUS
ROBERT JACK BOUDREAUX**

**Writ Application from Lafayette Parish Case No. 150839**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Robert Jack Boudreaux** is:

**REHEARING DENIED.** *See* Uniform Rules—Courts of Appeal, Rule 2-18.2.

cc: Keith A. Stutes, Counsel for  the Respondent